AO 91 (Rev 8/01) Criminal Complaint

## United States District Court

| SOUTHERN | DISTRICT OF | TEXAS |

McALLEN DIVISION

United States District Court
Southern District of Texas
FILED

SEP -7 2019

David J. Bradley, Clerk

UNITED STATES OF AMERICA
V.
Eleuterio Meza-Navarro

AKA: Eleuterio Mesa-Navarro

IAE  YOB: 1987
Mexico
(Name and Address of Defendant)

### CRIMINAL COMPLAINT

Case Number: M-19-2153-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __September 6, 2019__ in __Starr__ County, in the __Southern__ District of __Texas__
(Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Garceno, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)
I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

Eleuterio Meza-Navarro was encountered by Border Patrol Agents near Garceno, Texas on September 6, 2019. The investigating agent established that the defendant was an undocumented alien and requested record checks. The defendant claims to have illegally entered the United States on September 6, 2019, near Roma, Texas. Record checks revealed the defendant was formally deported/excluded from the United States on August 03, 2018 through San Ysidro, California. Prior to deportation/exclusion the defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On October 07, 2016, the defendant was convicted of 21 USC 841 Distribute Methamphetamine and sentenced to twelve (12) months and one (1) day confinement with three (3) years supervised release term.

I declare under penalty of perjury that the statements in this complaint are true and correct. Executed on September 7, 2019.

Continued on the attached sheet and made a part of this complaint:  ☐ Yes  ☒ No

Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr. P. 4.1, and probable cause found on:

September 7, 2019    3:48 p.m.

Peter E. Ormsby                , U.S. Magistrate Judge
Name and Title of Judicial Officer

/S/ Kellen Meador
Signature of Complainant
Kellen Meador    Border Patrol Agent

*Peter E Ormsby*
Signature of Judicial Officer